UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY WILSON,<br><br>           Plaintiff,<br><br>vs.<br><br>D.O.R.D.C., LLC, ANTHONY DOWELS,<br>and FINE POINT INVESTMENTS, LLC,<br><br>           Defendants. | CIVIL ACTION FILE<br><br>NO.1:13-cv-1961-WSD |

### J U D G M E N T

This action having come before the court, Honorable William S. Duffey, Jr. , United States District Judge, for consideration of Plaintiff's Motion to Enforce Judgment, and the court having granted said motion in part, it is

**Ordered and Adjudged** that the Plaintiff recover from defendants the amount of $8,250.00.

Dated at Atlanta, Georgia this 30th day of November, 2015.

                              JAMES N. HATTEN
                              CLERK OF COURT


                              By: s/ A. Coleman
                                   Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
    December 1, 2015
James N. Hatten
Clerk of Court

By: s/ A  Coleman
       Deputy Clerk